Wright Manufacturing, Inc., et. al., Plaintiff(s)
vs.
The Toro Company, et al., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



Law Firm Requesting Service:

NIXON & VANDERHYE, P.C.
Mr. Joe Rhoa
901 North Glebe Road, 11th Floor
Arlington, VA 22203

Customer File:  3696-81

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--The Toro Company
Court Case No. MJG-11-1373

State of: _Minnesota_ ) ss.
County of: _Hennepin_ )

| | |
|---|---|
| **Name of Server:** | **Carl Bradley**                              , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **26-May-2011 03:10 pm** |
| **Place of Service:** | at **8111 Lyndale Ave. South**, city of **Bloomington**, state of **MN** |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Complaint; Ex. 1- '931 Patent; Ex. 2- '093 Patent** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **The Toro Company** By delivering them into the hands of an officer or managing agent whose name and title is **Robert Lawrence Buckley, Authorized to Accept** |

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **N/A**
Approx. Age **55** ; Approx. Height **6'04"** ; Approx. Weight **200**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
_3rd_ day of _June_, 20 _11_

_Notary Public_        (Commission Expires)

APS File No. 11057-

ELIZABETH A. LITTLE
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015