Wright Manufacturing, Inc., et. al., Plaintiff(s)
vs.
The Toro Company, et al., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111057-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Exmark Manufacturing Company, Inc.
Court Case No. MJG-11-1373

NIXON & VANDERHYE, P.C.
Mr. Joe Rhoa
901 North Glebe Road, 11th Floor
Arlington, VA  22203

State of: _NEBRASKA_ ) ss.
County of: _LANCASTER_ )

**Name of Server:** _BARBARA STEEL_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _MAY_ , 20 _11_ , at _10:10_ o'clock _A_ M

**Place of Service:** at 2101 Ashland Ave., Industrial Park N.W. , in Beatrice, NE 68310

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Ex. 1- '931 Patent; Ex. 2- '093 Patent

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Exmark Manufacturing Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _RICK OLSON, GENERAL MANAGER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _BLND_ ; Facial Hair _NO_
Approx. Age _50_ ; Approx. Height _6'2"_ ; Approx. Weight _200_
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this

_31_ day of _May_ , 20 _11_

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

RENEE M. POTTER
MY COMMISSION EXPIRES
October 18, 2013
STATE OF
GENERAL
NOTARY
NEBRASKA