Wright Manufacturing, Inc., et. al., Plaintiff(s)
vs.
The Toro Company, et al., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

# AFFIDAVIT OF SERVICE ON A CORPORATION
-- The Toro Company
Court Case No. MJG-11-1373

**Law Firm Requesting Service:**
NIXON & VANDERHYE, P.C.
Mr. Joe Rhoa
901 North Glebe Road, 11th Floor
Arlington, VA 22203
Customer File: 3696-81

State of: _Minnesota_ ) ss.
County of: _Hennepin_ )

**Name of Server:** Carl Bradley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 26-May-2011 03:10 pm

**Place of Service:** at 8111 Lyndale Ave. South, city of Bloomington, state of MN

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Ex. 1- '931 Patent; Ex. 2- '093 Patent

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
The Toro Company
By delivering them into the hands of an officer or managing agent whose name and title is
Robert Lawrence Buckley, Authorized to Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair N/A
Approx. Age 55 ; Approx. Height 6'04" ; Approx. Weight 200

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _3rd_ day of _June_, 20_11_.

Notary Public (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

ELIZABETH A. LITTLE
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015