```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

WRIGHT MANUFACTURING, INC.      *

      Plaintiff           *

      vs.                 *    CIVIL ACTION NO. MJG-11-1373

THE TORO COMPANY, et al.        *

      Defendants          *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER RE: MOTION TO STAY

The Court has before it Defendants' Motion to Stay Pending <u>Inter Partes</u> Reexamination [Document 24] and the materials submitted relating thereto. The Court finds a hearing unnecessary.

Defendant seeks to stay the instant case pending resolution of currently ongoing reexamination proceedings in the United States Patent and Trademark Office regarding United States Patent Nos. 6,438,931 and 6,935,093. Plaintiff agrees to a stay until such time as the United States Patent and Trademark Office indicates that at least one allegedly infringed claim is patentable.

The Court finds it appropriate to stay the instant case pending further Order. At such time as Plaintiff may contend it is appropriate to lift the stay, it can so move. The Court

will resolve any such motion in light of the circumstances then presented.

    For the foregoing reasons:

1. Defendants' Motion to Stay Pending <u>Inter Partes</u> Reexamination [Document 24] is GRANTED IN PART.

2. The Court shall issue a separate Order staying the case pending further Order.

3. Plaintiff may file a motion seeking to lift the stay at such time as proceedings in the United States Patent and Trademark Office or other circumstances may warrant.

4. Plaintiff may file an Amended Complaint pursuant to Rule 103.6 of the Rules of the United States District Court for the District of Maryland within 15 days after an Order lifting the stay.

    SO ORDERED, on <u>Tuesday, December 20, 2011</u>.

                                                   /s/
                                        Marvin J. Garbis
                                United States District Judge